| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2741<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS,<br><br>         Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | CASE NO.: 2:18-CV-02932-MCE-KJN<br><br>STIPULATION AND ORDER FOR MEDICAL EXAMINATIONS PER FEDERAL RULE OF CIVIL PROCEDURE 35 |

   Plaintiff Douglas Kraus and Defendant the United States, through counsel, respectfully submit this stipulation and proposed order for Medical Examinations under Federal Rule of Civil Procedure 35. Plaintiff Douglas Kraus alleges his low back complaints are the result of the auto accident at issue in this matter. The United States seeks these exams to evaluate Plaintiff's claimed low back injuries.

   Accordingly, the parties hereby stipulate that Plaintiff Douglas Kraus will submit to a Medical Examination by Neurosurgeon Bruce McCormack, M.D. on November 1, 2019, at 10:00 a.m., followed by a Medical Examination by Physiatrist, Michael Hembd, M.D., the same day (November 1, 2019) at 1:30 p.m., at 2801 K Street, Suite 410, Sacramento, CA 95816. Only one history will be taken by one of the physicians. Both examinations, including the history taking portion, will be video recorded at the United States' expense and the United States will instruct the videographer to provide copies within ten days to both the United States and Plaintiff's counsel.

Stipulation and Order For MEs of Plaintiff
*Kraus v. United States*, 2:18-CV-02932-MCE-KJN

1

Counsel can send someone from their office to attend the history taking and physical examinations, if desired. The United States will not seek further medical examinations of Plaintiff Douglas Kraus.

Dated: September 19, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney
Attorneys for Defendant
United States of America

Dated: September 19, 2019

DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By: */s/ Joseph J. Babich (authorized on 9/19/2019)*
Joseph J. Babich
Sean D. Wiseman
Attorneys for Plaintiff
Douglas Kraus

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2741<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.: 2:18-CV-02932-MCE-KJN<br><br>STIPULATION AND ORDER FOR MEDICAL EXAMINATIONS PER FEDERAL RULE OF CIVIL PROCEDURE 35<br><br>(ECF NO. 9.) |

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Douglas Kraus shall submit to Medical Examinations by Bruce McCormack, M.D. on November 1, 2019, at 10:00 a.m., followed by a Medical Examination by Michael Hembd, M.D., the same day (November 1, 2019) at 1:30 p.m., at 2801 K Street, Suite 410, Sacramento, CA 95816. Both examinations, including the history taking portion, will be video recorded at the United States' expense and the United States will instruct the videographer to provide copies within ten days to both the United States and Plaintiff's counsel. Counsel can send someone from their office to attend the history taking and physical examinations, if desired. The United States will not seek further medical examinations of Plaintiff Douglas Kraus.

Stipulation and Order For MEs of Plaintiff
*Kraus v. United States*, 2:18-CV-02932-MCE-KJN

3

**IT IS SO ORDERED.**

Dated: September 23, 2019

krau.2932

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE