McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | CASE NO. 2:18-CV-2932 MCE KJN <br><br> STIPULATION AND ORDER ALLOWING DISPOSAL OF THE GOVERNMENT VEHICLE INVOLVED IN THE ACCIDENT |

Plaintiffs and the United States, by and through their counsel, hereby stipulate that the government can dispose of its vehicle that was involved in the car accident at issue in this case and that no arguments can be made about the disposal of that vehicle. The request to release the vehicle is based on the fact that the lease is up on the subject truck and the government is incurring a post-lease penalty for continuing to keep the vehicle without returning it to the lessor. The parties' consultants have completed an inspection of the vehicle and taken the weights, measurements, photos, video, available data, and everything else that they independently deemed necessary and appropriate. The parties agree that all relevant discovery has been obtained from the vehicle and that the actual vehicle would not be needed at a trial of this case. Accordingly, good cause exists to allow the disposal of the vehicle recognizing that it will then not be available for further discovery or trial of this case.

IT IS SO STIPULATED.

DATED: September __, 2019      DREYER BABICH BUCCOLA
WOOD CAMPORA, LLP

By: _____
JOSEPH J. BABICH
Attorneys for Plaintiffs

DATED: September __, 2019      McGREGOR W. SCOTT
United States Attorney

By: _____
KELLI L. TAYLOR,
Assistant U.S. Attorney
Attorneys for the United States

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2741<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS, | | CASE NO. 2:18-CV-2932 MCE KJN |
| Plaintiffs, | | ORDER ALLOWING DISPOSAL OF THE GOVERNMENT VEHICLE INVOLVED IN THE ACCIDENT |
| v. | | |
| UNITED STATES AND DOES 1 THROUGH 10, INCLUSIVE, | | |
| Defendants. | | |

The Court, having reviewing the parties' stipulation, finds that good cause exists to allow the government to dispose of its vehicle that was involved in the car accident at issue in this case and that no arguments can be made about the disposal of that vehicle at the trial of this case or in connection with this action.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE