McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS, | CASE NO. 2:18-CV-2932 MCE KJN |
| Plaintiffs, | ORDER TO EXTEND EXPERT DISCOVERY CUTOFF |
| v. | |
| UNITED STATES, | |
| Defendants. | |

The Court has read the parties' stipulation and good cause appearing, hereby extends the expert discovery deadline in this action from May 4, 2020 until June 5, 2020, for the completion of depositions of already disclosed experts.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE