McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS, | CASE NO.  2:18-CV-2932 MCE KJN |
| Plaintiffs, | ORDER TO EXTEND EXPERT DISCOVERY CUTOFF |
| v. | |
| UNITED STATES, | |
| Defendants. | |

The Court has read the parties' stipulation and good cause appearing, hereby extends the expert discovery deadline in this action from June 5, 2020 until July 8, 2020, for the completion of depositions of already disclosed experts.

IT IS SO ORDERED.

Dated:  April 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE