McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRAUS AND CORRIN KRAUS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendants. | CASE NO. 2:18-CV-2932 MCE KJN<br><br>ORDER RESCHEDULING THE JULY 8, 2020 EXPERT DISCOVERY CUTOFF AND JULY 9, 2020 STATUS CONFERENCE FOR TRIAL SETTING |

Based on the parties' stipulation, and good cause appearing, this Court hereby ORDERS:

1. The Status Conference for Trial Setting is hereby rescheduled from July 9, 2020, to January 28, 2021.

2. The deadline to complete the depositions of already disclosed experts in this case is rescheduled from July 8, 2020, until the day prior to the new Status Conference.

IT IS SO ORDERED.

Dated: June 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE